NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**KFX MEDICAL CORPORATION,**
**A Delaware Corporation,**
*Plaintiff-Appellee,*

v.

**ARTHREX INCORPORATED,**
**A Delaware Corporation,**
*Defendant-Appellant.*

---

2014-1372

---

Appeal from the United States District Court for the Southern District of California in No. 3:11-cv-01698-DMS-BLM, Judge Dana M. Sabraw.

---

**JUDGMENT**

---

JOSEPH F. JENNINGS, Knobbe, Martens, Olson & Bear, LLP, of Irvine, California, argued for plaintiff-appellee. With him on the brief were SEAN M. MURRAY and MARISSA CALCAGNO; and BRIAN C. HORNE, of Los Angeles, California.

MEGAN S. WOODWORTH, Dickstein Shapiro LLP, of Washington, DC, argued for defendant-appellant. With

her on the brief were CHARLES W. SABER, SALVATORE P. TAMBURO, and S. GREGORY HERRMAN; and Robert W. Dickerson, of Los Angeles, California.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, MOORE, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 January 20, 2015   /s/  Daniel  E.  O'Toole
       Date   Daniel E. O'Toole
Clerk of Court